UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | MAGISTRATE NO: |
| **ARREST WARRANT FOR** | : | |
| **LARRY SOLOMON** | : | **UNDER SEAL** |
| | : | |
| _____ | : | |

### ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated_____        _____
MAGISTRATE JUDGE
United States District Court
District of Columbia