# United States District Court

## For The District of Columbia

**UNDER SEAL**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| LARRY SOLOMON<br>DOB: September 22, 1953<br>PDID: | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between in or about  May 2000 until in or about March 2005  in   Washington, D.C.  county, in the _____ District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make materially false, fictitious, and fraudulent statements and representations and make and used materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of, and payment for, health care benefits, items, and services.

in violation of Title   18   United States Code, Section(s) 1035 _____

I further state that I am  Cindy Sheedy, Special Agent with the Department of Health and Human Services - OIG and/or Sherri Queener, Special Agent with Federal Bureau of Investigation  , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Thomas E. Zeno  (202) 514-6957
Sworn to before me and subscribed in my presence,

Signature of Complainant
Cindy Sheedy, Special Agent
Department of Health and Human Services - OIG
and/or
Sherri Queener, Special Agent
Federal Bureau of Investigation

_____           at        Washington, D.C.
Date                                                            City and State

_____                 _____
Name & Title of Judicial Officer                     Signature of Judicial Officer