AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Unsealed
~~UNDER SEAL~~

UNITED STATES OF AMERICA

v.

LARRY SOLOMON

**WARRANT FOR ARREST**

CASE NUMBER: 05-0294M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LARRY SOLOMON___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

**FILED**

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

knowingly and willfully making materially false, fictitious, and fraudulent statements and representations and making and used materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of, and payment for, health care benefits, items, and services.

violation of Title _18_ United States Code, Section(s) § _1035_.

Alan Kay
U.S. Magistrate Judge
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAY 1 8 2005    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | 11315 Old Prospect Hill Rd, Glenn Dale, MD |
| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER: SA Sherri Queener, Special Agent FBI | SIGNATURE OF ARRESTING OFFICER [Signature] |
| DATE OF ARREST 5/24/05 | | |