AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | |
| LARRY SOLOMON | **WARRANT FOR ARREST** |
| | CASE NUMBER: 05-0294M-01 |

**FILED**
MAY 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____LARRY   SOLOMON_____
                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully making materially false, fictitious, and fraudulent statements and representations and making and used materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of, and payment for, health care benefits, items, and services.

violation of Title _18_ United States Code, Section(s) § 1035.

Alan Kay
U.S. Magistrate Judge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAY 1 8 2005    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | 11315 Old Prospect Hill Rd  Glenn Dale, MD |
| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER  SA Sherri Queener  Special Agent FBI | SIGNATURE OF ARRESTING OFFICER  [signature] |
| DATE OF ARREST 5/24/05 | | |